## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **JEFFREY KOENIG**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**RSL INC., PRESTON GIRARD, YADIRA MIRABAL,**<br><br>Defendant. | Civil Case No.: 18-378 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil procedure, Plaintiff Jeffrey Koenig, by and through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

**Dated:** September 10, 2018        */s/Jeremy M. Glapion*
                                                  Jeremy M. Glapion
                                                  **The Glapion Law Firm, LLC**
                                                  1704 Maxwell Drive
                                                  Wall, New Jersey 07719
                                                  Tel: 732.455.9737
                                                  Fax: 732.709.5150
                                                  jmg@glapionlaw.com

                                                  *Attorney for Plaintiff*